| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | Geoffrey M. Howard (SBN 157468) |
| 2 | geoff.howard@bingham.com |
|   | Bree Hann (SBN 215695) |
| 3 | bree.hann@bingham.com |
|   | Marjory Gentry (SBN 240887) |
| 4 | marjory.gentry@bingham.com |
|   | Chad Russell (SBN 246046) |
| 5 | chad.russell@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | ORACLE CORPORATION |
|   | Deborah K. Miller (SBN 95527) |
| 9 | deborah.miller@oracle.com |
|   | Jennifer Gloss (SBN 154227) |
| 10 | jennifer.gloss@oracle.com |
|    | 500 Oracle Parkway |
| 11 | M/S 5op7 |
|    | Redwood City, CA 94065 |
| 12 | Telephone:  650.506.4846 |
|    | Facsimile: 650.506.7114 |

Attorneys for Plaintiffs Oracle America, Inc. and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation, | No. 3:12-cv-04626-NC |
| | **[PROPOSED] ORDER GRANTING MOTION TO MODIFY DEADLINE TO AMEND PLEADINGS** |
| Plaintiff, | **[Civ. L.R. 6-3]** |
| v. | |
| CEDARCRESTONE, INC., a Delaware corporation, | Date: May 22, 2013<br>Time: 1:00 p.m.<br>Place: Courtroom A<br>Judge: Hon. Nathanael Cousins |
| Defendant. | |

Case No. 3:12-cv-04626-NC
[PROPOSED] ORDER GRANTING MOTION TO MODIFY DEADLINE TO AMEND PLEADINGS

1   Pending before the Court is the motion by Plaintiffs Oracle America, Inc. and Oracle
2 International Corp. (collectively, "Oracle") to modify the deadline by which to amend Oracle's
3 pleadings.  After full consideration of the moving and opposing papers of each party, the
4 arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED
5 that Oracle's motion is GRANTED.  Oracle's deadline to amend pleadings is now April 18, 2013

6

7 **IT IS SO ORDERED.**

8

9

10   DATED:  April 12, 2013          By: _____

11                                       Judge Nathanael M. Cousins

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Nathanael M. Cousins]*