BINGHAM MCCUTCHEN LLP
Geoffrey M. Howard (SBN 157468)
geoff.howard@bingham.com
Bree Hann (SBN 215695)
bree.hann@bingham.com
Marjory Gentry (SBN 240887)
marjory.gentry@bingham.com
Chad Russell (SBN 246046)
chad.russell@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

ORACLE CORPORATION
Deborah K. Miller (SBN 95527)
deborah.miller@oracle.com
Jennifer Gloss (SBN 154227)
jennifer.gloss@oracle.com
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone:  650.506.4846
Facsimile: 650.506.7114

Attorneys for Plaintiffs Oracle America, Inc. and
Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>CEDARCRESTONE, INC., a Delaware corporation,<br><br>             Defendant. | No. 3:12-cv-04626-NC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MODIFY DEADLINE TO AMEND PLEADINGS**<br><br>**[Civ. L.R. 6-3]**<br><br>Date:     May 22, 2013<br>Time:     1:00 p.m.<br>Place:    Courtroom A<br>Judge:   Hon. Nathanael Cousins |

1  Pending before the Court is the motion by Plaintiffs Oracle America, Inc. and Oracle
2  International Corp. (collectively, "Oracle") to modify the deadline by which to amend Oracle's
3  pleadings.  After full consideration of the moving and opposing papers of each party, the
4  arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED
5  that Oracle's motion is GRANTED.  Oracle's deadline to amend pleadings is now April 18, 2013
6
7  **IT IS SO ORDERED.**
8
9
10  DATED:  April 12, 2013                    By:_____
11                                                         Judge Nathanael M. Cousins
12

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED, signed Judge Nathanael M. Cousins]*