| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard (SBN 157468)<br>geoff.howard@bingham.com<br>Bree Hann (SBN 215695)<br>bree.hann@bingham.com<br>John Polito (SBN 253195)<br>john.polito@bingham.com<br>Chad Russell (SBN 246046)<br>chad.russell@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | ORACLE CORPORATION<br>Deborah K. Miller (SBN 95527)<br>deborah.miller@oracle.com<br>Jennifer Gloss (SBN 154227)<br>jennifer.gloss@oracle.com<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94065<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |

Attorneys for Plaintiffs
Oracle America, Inc., and
Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CEDARCRESTONE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:12-cv-04626 (NC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME TO RESPOND TO ORACLE'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULING ORDER** AND SETTING HEARING |
| CEDARCRESTONE, INC., a Delaware corporation,<br><br>    Counter-claimant,<br><br>    v.<br><br>ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Counter-defendants. | |

Case No. 3:12-cv-04626-NC
STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME TO RESPOND TO MOTION FOR RELIEF
FROM CASE MANAGEMENT SCHEDULING ORDER

1   WHEREAS, on January 17, 2013, the Court entered a Case Management Scheduling
2   Order (Dkt. 32) in this case.  *See* Declaration of Geoffrey M. Howard ("Howard Decl.") ¶ 2;
3   WHEREAS, plaintiffs Oracle America, Inc. and Oracle International Corporation
4   (collectively, "Oracle") filed a Motion for Relief from the Case Management Scheduling Order
5   (the "Motion") on July 5, 2013.  *See* Howard Decl. ¶ 3;
6   WHEREAS, Oracle's Motion requests a modification of outstanding case deadlines in
7   this action, including the close of fact discovery currently scheduled for August 19, 2013.  *See*
8   Howard Decl. ¶¶ 2-3;
9   WHEREAS, absent an order shortening the motion schedule, Defendant CedarCrestone,
10  Inc.'s ("CedarCrestone") responsive pleading would not be due until July 19, 2013, Oracle's
11  reply pleading would not be due until July 26, 2013, and a potential hearing regarding the
12  Motion would be scheduled for no earlier than August 14, 2013.  *See* Howard Decl. ¶¶ 4-6;
13  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THE
14  COURT TO ORDER as follows:  that CedarCrestone's deadline for filing a response to Oracle's
15  Motion will be July 11, 2013; and that Oracle's deadline for filing a reply pleading will be July
16  16, 2013.  The parties further request that a hearing regarding the Motion, if the Court deems
17  such hearing necessary, be scheduled for the earliest possible date convenient to the Court.

Dated:  July 5, 2013                BINGHAM MCCUTCHEN LLP

                                    BY:    /s/ Geoffrey M. Howard
                                           Geoffrey M. Howard

                                           Attorneys for Plaintiffs
                                           Oracle America, Inc. and Oracle
                                           International Corporation

Dated:  July 5, 2013                KEKER & VAN NEST LLP

                                    BY:    /s/ Daniel Purcell
                                           Daniel Purcell

                                           Attorneys for Defendant
                                           CedarCrestone, Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, I hereby attest that I have obtained concurrence from counsel for CedarCrestone in the filing of this document.

Dated: July 5, 2013.                                                    /s/ Geoffrey M. Howard

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on Oracle's Motion to Complete Discovery is scheduled for July 24, 2013 at 10:00 a.m.

DATED: July 9, 2013                                  By: _____
                                                                Hon. Nathanael M. Cousins
                                                                United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2                    Case No. 3:12-cv-04626-NC
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO RESPOND TO MOTION FOR RELIEF
FROM CASE MANAGEMENT SCHEDULING ORDER