KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
CEDARCRESTONE, INC.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD - #157468
geoff.howard@bingham.com
BREE HANN - # 215695
bree.hann@bingham.com
CHAD RUSSELL - # 246046
chad.russell@bingham.com
JOHN POLITO - # 253195
john.polito@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415 393 2000
Facsimile:  415 393 2286

Attorneys for Plaintiff
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>  Plaintiffs,<br><br>   v.<br><br>CEDARCRESTONE, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 3:12-cv-04626 (NC)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(A)(1)(A)(II)**<br><br>Date Filed:  September 5, 2012<br><br>Trial Date:  None |
| CEDARCRESTONE, INC., a Delaware corporation,<br><br>  Counter-claimant,<br><br>   v.<br><br>ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>  Counter-defendants. | |

1  Plaintiffs and Counter-defendants ORACLE AMERICA, INC., a Delaware corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation (hereinafter "Plaintiffs") and Defendant and Counter-claimant CEDARCRESTONE, INC., a Delaware corporation (hereinafter "Defendant") hereby stipulate to the dismissal of this action with prejudice as to all Defendants and Counter-Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: August 13, 2013                    BINGHAM MCCUTCHEN LLP

                                    By:   */s/ Geoffrey M. Howard*
                                          GEOFFREY M. HOWARD

                                          Attorneys for Plaintiff
                                          ORACLE AMERICA, INC. and
                                          ORACLE INTERNATIONAL
                                          CORPORATION

Dated: August 13, 2013                    KEKER & VAN NEST LLP

                                    By:   */s/ Christa M. Anderson*
                                          CHRISTA M. ANDERSON
                                          DANIEL PURCELL

                                          Attorneys for Defendant
                                          CEDARCRESTONE, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Geoffrey M. Howard, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2013

By: */s/ Geoffrey M. Howard*
GEOFFREY M. HOWARD

Attorney for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORP.